# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jose Daniel Vargas Sr.           CHAPTER 13

              Debtor(s)

BKY. NO. 22-12599 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of GS Mortgage-Backed Securities Trust 2021-RPL1 and index same on the master mailing list.

                                                        Respectfully submitted,

                                         /s/ **Brian C. Nicholas**
                                         Brian Nicholas
                                           04 Oct 2022, 11:27:23, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322