United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12599-pmm
Jose Daniel Vargas, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Feb 02, 2023 | Form ID: 155 | Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Daniel Vargas, Sr., 129 N. Oak Street, Bethlehem, PA 18017-7066 |
| 14726448 | + | GS Mortgage-Backed Securities, Trust 2021-RPL1, c/o Brian C. Nicholas, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14724787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2023 23:54:42 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14735019 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2023 23:54:37 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14724788 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 02 2023 23:49:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 14726341 | ^ | MEBN | Feb 02 2023 23:47:56 | GS Mortgage-Backed Securities Trust 2021-RPL1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14739642 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 02 2023 23:49:00 | GS Mortgage-Backed Securities at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14724789 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2023 23:49:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14738913 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 02 2023 23:49:00 | MEB Loan Trust VI, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14724793 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2023 23:54:43 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14724790 | + | Email/Text: DeftBkr@santander.us | Feb 02 2023 23:49:00 | Santander Bank NA, PO Box 841002, Boston, MA 02284-1002 |
| 14724791 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 02 2023 23:49:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14724792 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 02 2023 23:49:00 | Specialized Loan Services, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14724928 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2023 23:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14724794 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 02 2023 23:49:00 | Toyota Motor Credit Corp, 1500 W Park Drive, Westborough, MA 01581-3936 |
| 14738710 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 02 2023 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: 155 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 14724795 | + Email/Text: LCI@upstart.com | Feb 02 2023 23:49:00 | Upstart Network Inc, 2950 South Delaware St, San Mateo, CA 94403-2580 |
| 14729469 | ^ MEBN | Feb 02 2023 23:47:55 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14724796 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 02 2023 23:54:49 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14738768 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 02 2023 23:54:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023                                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor MEB Loan Trust VI ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor GS Mortgage-Backed Securities Trust 2021-RPL1 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Jose Daniel Vargas Sr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jose Daniel Vargas, Sr.
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−12599−pmm

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 2nd day of February 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                        Patricia M. Mayer
                        Judge ,
                        United States Bankruptcy Court