| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12599-PMM

Jose Daniel Vargas, Sr.
129 N. Oak Street
Bethlehem  PA    18017

Petition Filed Date: 09/28/2022
341 Hearing Date: 11/01/2022
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2022 | $2,330.00 | | 12/05/2022 | $2,330.00 | | 01/05/2023 | $2,330.00 | |
| 02/06/2023 | $2,330.00 | | 03/07/2023 | $2,729.00 | | 04/04/2023 | $2,729.00 | |
| 05/05/2023 | $2,729.00 | | 06/06/2023 | $2,729.00 | | 07/06/2023 | $2,729.00 | |

**Total Receipts for the Period:  $22,965.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $25,694.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $4,665.17 | $4,665.17 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $9,886.49 | $0.00 | $9,886.49 |
| 3 | UPSTART NETWORK INC »» 002 | Unsecured Creditors | $8,162.93 | $0.00 | $8,162.93 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,223.79 | $0.00 | $1,223.79 |
| 5 | TOYOTA MOTOR CREDIT CORP »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $2,990.35 | $0.00 | $2,990.35 |
| 7 | SPECIALIZED LOAN SERVICING LLC »» 006 | Ongoing Mortgage | $106,633.14 | $12,558.98 | $94,074.16 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 007 | Mortgage Arrears | $904.27 | $106.49 | $797.78 |

**Chapter 13 Case No. 22-12599-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,694.00 | Current Monthly Payment: | $2,729.00 |
| Paid to Claims: | $21,018.64 | Arrearages: | ($2,330.00) |
| Paid to Trustee: | $2,191.97 | Total Plan Base: | $159,814.00 |
| Funds on Hand: | $2,483.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.