# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE: ) | |
| JOSE DANIEL VARGAS, SR., ) | CASE NO.: 22-12599-pmm |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| MEB LOAN TRUST VI, U.S. BANK TRUST ) | |
| NATIONAL ASSOCIATION, NO IN ITS ) | |
| INDIVIDUAL CAPACITY BUT SOLELY AS ) | |
| TRUSTEE ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| JOSE DANIEL VARGAS, SR., DEBTOR ) | |
| AND SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MEB Loan Trust VI, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 7th day of August 2024

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 7th day of August 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **SERVICE LIST (CASE NO. 22-12599-pmm)**

*DEBTOR*
JOSE DANIEL VARGAS, SR.
129 N. OAK STREET
BETHLEHEM, PA 18017

*ATTORNEYS FOR DEBTOR*
CHARLES LAPUTKA
LAPUTKA LAW OFFICE
1344 W. HAMILTON ST.
ALLENTOWN, PA 18102
CLAPUTKA@LAPUTKALAW.COM

*TRUSTEE*
SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.com

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATE TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV