| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12599-PMM

Jose Daniel Vargas, Sr.  
129 N. Oak Street  
Bethlehem  PA    18017

Petition Filed Date: 09/28/2022  
341 Hearing Date: 11/01/2022  
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2024 | $2,729.27 | | 09/05/2024 | $2,729.00 | | 10/07/2024 | $2,729.00 | |
| 11/04/2024 | $2,729.00 | | 12/06/2024 | $2,729.00 | | 01/07/2025 | $2,729.00 | |
| 02/05/2025 | $2,729.00 | | 03/07/2025 | $2,729.00 | | 04/07/2025 | $2,729.00 | |
| 05/05/2025 | $2,729.00 | | 06/04/2025 | $2,729.00 | | 07/08/2025 | $2,729.00 | |

**Total Receipts for the Period: $32,748.27    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $91,190.27**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $4,665.17 | $4,665.17 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $9,886.49 | $0.00 | $9,886.49 |
| 3 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $8,162.93 | $0.00 | $8,162.93 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,223.79 | $0.00 | $1,223.79 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $2,990.35 | $0.00 | $2,990.35 |
| 7 | NEWREZ LLC  D/B/A<br>»» 006 | Ongoing Mortgage | $106,633.14 | $74,270.72 | $32,362.42 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $904.27 | $629.81 | $274.46 |

**Chapter 13 Case No. 22-12599-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $91,190.27 | Current Monthly Payment: | $2,729.00 |
| Paid to Claims: | $83,253.70 | Arrearages: | $398.73 |
| Paid to Trustee: | $7,936.57 | Total Plan Base: | $159,814.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.