Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jose Daniel Vargas, Sr.
129 N. Oak Street
Bethlehem, PA 18017

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-12599-PMM**

Petition Filed Date: 09/28/2022
341 Hearing Date: 11/01/2022
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $2,729.00 | | 09/05/2025 | $2,729.00 | | 10/06/2025 | $2,729.00 | |
| 11/04/2025 | $2,729.00 | | 12/12/2025 | $2,736.99 | | 01/06/2026 | $2,729.00 | |
| 02/04/2026 | $2,729.00 | | 03/09/2026 | $2,729.00 | | 04/06/2026 | $2,729.00 | |
| 05/05/2026 | $2,729.00 | | 06/04/2026 | $2,729.00 | | 07/06/2026 | $2,729.00 | |

**Total Receipts for the Period: $32,755.99 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $123,946.26**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Krediors | $4,665.17 | $4,665.17 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $9,886.49 | $4,427.80 | $5,458.69 |
| 3 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $8,162.93 | $3,655.88 | $4,507.05 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,223.79 | $548.09 | $675.70 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $2,990.35 | $1,339.27 | $1,651.08 |
| 7 | NEWREZ LLC D/B/A<br>»» 006 | Ongoing Mortgage | $94,319.07 | $94,319.07 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $904.27 | $904.27 | $0.00 |

**Chapter 13 Case No. 22-12599-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $123,946.26 | Current Monthly Payment: | $2,729.00 |
| Paid to Claims: | $113,547.55 | Arrearages: | ($2,338.26) |
| Paid to Trustee: | $10,398.71 | Total Plan Base: | $159,814.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.